**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EB5 CAPITAL, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>    Defendants. | Case No. 3:22-cv-3948-VC<br><br>**STIPULATION OF SETTLEMENT** |
| BEHRING REGIONAL CENTER LLC,<br><br>    Plaintiff,<br><br>INVEST IN THE USA,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>ALEJANDRO MAYORKAS,<br>in his official capacity as Secretary of the Department of Homeland Security,<br><br>UR M. JADDOU,<br>in her official capacity as Director of the United States Citizenship & Immigration Services,<br><br>    Defendants. | Case No. 3:22-cv-02487-VC |

**STIPULATION OF SETTLEMENT**

Plaintiffs EB5 Capital, CanAm Enterprises, LP, Civitas Capital Management, LLC, Golden Gate Global, Pine State Regional Center, LLC, Invest in the USA (IIUSA), Behring Regional Center LLC, and Defendants United States Department of Homeland Security, United States Citizenship & Immigration Services, Secretary Alejandro Mayorkas, and Director Ur M. Jaddou, have reached an agreement and stipulate to resolution of all the claims in the above-captioned actions, subject to the Court's approval. The parties respectfully request the Court review the stipulation of

- 1 -

STIPULATION OF SETTLEMENT
(3:22-CV-3948-VC; 3:22-CV-2487-VC)

1  settlement (the "Agreement"), attached hereto, and enter the proposed order approving the Agree-
2  ment. Pursuant to the terms of the parties' stipulation, the Court will retain jurisdiction to adjudicate
3  any claim for enforcement of the Agreement.

Respectfully submitted,

DATED: August 24, 2022

Brian M. Boynton
*Principal Deputy Assistant Attorney General*

William C. Peachey
*Director*

Glenn M. Girdharry
*Assistant Director*

/s/ Joshua S. Press
Joshua S. Press
*Senior Litigation Counsel*
United States Department of Justice Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 305-0106
joshua.press@usdoj.gov

Vanessa Molina
*Trial Attorney*

Joseph G. Nosse
*Trial Attorney*

*Counsel for Defendants*

/s/ *Paul W. Hughes*
Paul W. Hughes (*pro hac vice*)
phughes@mwe.com
Andrew A. Lyons-Berg (*pro hac vice* to be filed)
alyonsberg@mwe.com
Alex C. Boota (*pro hac vice*)
aboota@mwe.com
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000

William G. Gaede, III (136184)
wgaede@mwe.com
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
(650) 815-7400

H. Ronald Klasko (*pro hac vice* to be filed)
rklasko@klaskolaw.com
Daniel B. Lundy (*pro hac vice* to be filed)
dlundy@klasklaw.com
KLASKO IMMIGRATION LAW PARTNERS LLP
1601 Market Street
Suite 2600
Philadelphia, PA 19103
(215) 825-8695

*Counsel for Plaintiffs EB5 Capital, CanAm Enterprises, LP, Civitas Capital Management, LLC, Golden Gate Global, Pine State Regional Center, LLC, and Plaintiff-Intervenor Invest in the USA*

/s/ Sarah M. Mathews
Sarah M. Mathews (*pro hac vice*)
mathewss@gtlaw.com
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, CO 80202
(303) 572-6500

**STIPULATION OF SETTLEMENT**
**(3:22-CV-3948-VC; 3:22-CV-2487-VC)**

Todd A. Pickles (SBN 215629)
picklest@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
(916) 442-1111

Michael R. Sklaire (*pro hac vice*)
sklairem@gtlaw.com
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard Suite 1000
McLean, VA 22102
(703) 749-1300

Aaron M. Levin (*pro hac vice*)
levinaa@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street NW, Suite 1000
Washington, DC 20037
(202) 533-2316

*Counsel for Plaintiff Behring Regional Center LLC*

- 5-